UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:11-cr-79 |
| vs. | Judge Timothy S. Black |
| THERON E. LEWIS (1), <br> KEITH A. WATSON (2), | |
| Defendants. | |

**ORDER AND ENTRY GRANTING THE GOVERNMENT'S MOTION IN LIMINE REGARDING STATE GRAND JURY DISPOSITION (Doc. 72)**

The Government filed a Motion in Limine seeking to prevent Defendants from introducing evidence regarding a state grand jury's return of a no true bill for Defendants on charges related to the facts at issue in this case. (Doc. 72). Defendants have represented their intention to not introduce any such evidence and intend only to use testimony from those proceedings on cross-examination. (Doc. 93). The Court concludes that Defendants' intended use of testimony for impeachment purposes is proper and that the Government's Motion, in all other respects, is well-taken.

Accordingly, the Government's Motion (Doc. 72) is **GRANTED**. Defendants shall not reference the fact that Reports of No True Bill were returned by a Montgomery County, Ohio grand jury on July 23, 2010 against either Defendant.

**IT IS SO ORDERED.**

Date: 2/22/12

Timothy S. Black
United States District Court